**Order entered March 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01350-CR

**DONALD RAY MCKINNEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-47067-Y**

## ORDER

The Court **REINSTATES** the appeal.

On January 21, 2015, we ordered the trial court to prepare a certification of appellant's right to appeal and to make findings regarding why the reporter's record has not been filed. We received a supplemental clerk's record containing the findings, but it does not include the trial court's certification of appellant's right to appeal.

Accordingly, we **ORDER** the trial court to prepare and file with this Court, within **TEN DAYS** of the date of this order, a certification of appellant's right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

We **ADOPT** the trial court's findings that:  (1) appellant desires to pursue the appeal; (2) appellant's attorney J. Craig Jett was initially retained and made a timely request for preparation of the reporter's record; (3) appellant is now indigent for purposes of the appeal and is entitled to proceed without payment for the reporter's record; (4) Sharon Hazlewood, former official court reporter of the Criminal District Court No. 7 recorded the trial proceedings; (5) Melva Key, a substitute court reporter, recorded the October 20, 2014 motion for new trial hearing; (6)  Ms. Hazelwood's explanation for the delay in filing the record is computer problems and issues related to her transition from the courthouse following the retirement of the previous judge of the Criminal District Court No. 7; (7) Ms. Key's explanation was that she did not know the record had been requested; and (8) each court reporter requested forty-five days from the March 9, 2015 findings to file the reporter's record.

We **ORDER** court reporters Sharon Hazlewood and Melva Key to coordinate to file the complete reporter's record, including all exhibits admitted at all hearings, by **4:00 p.m. on FRIDAY, MAY 1, 2015**.  If the complete record, including all exhibits, is not filed by the date and time specified, the Court will order that Sharon Hazlewood and Melva Key not sit as a court reporters until the complete record is filed.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Elizabeth Frizell, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, court reporter; Melva Key, court reporter; Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.

/s/     ADA BROWN
JUSTICE